AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:22−mj−00147 |
| | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| Lilith Anton Saer (AKA: Drakken Saer) | ) Assign. Date : 06/24/2022 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Lilith Anton Saer _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Enter and Remain with Intent to Impede or Disrupt an Official
Proceeding in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or
Grounds, Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Zia M. Faruqui
2022.06.27 20:43:22
-04'00'

Date:    06/27/2022                       _____
                                          *Issuing officer's signature*

City and state:    Washington, D.C.       Zia M. Faruqui, US Magistrate Judge
                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/27/2022 , and the person was arrested on *(date)* 7/7/2022 at *(city and state)* Portland, Oregon . |
| Date: 7/7/2022                            P l Velvokd _____ *Arresting officer's signature* |
|                                           Paul VanderKelen  Special Agent *Printed name and title* |