**Fidel Cassino-DuCloux**
**Office of the Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
fidel_cassino-ducloux@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA (WASHINGTON, D.C.)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 1:22-MJ-00147-ZMF |
| Plaintiff, | |
| v. | NOTICE OF ATTORNEY APPEARANCE |
| **LILITH ANTON SAER,** | |
| Defendant | |

Assistant Federal Public Defender Fidel Cassino-DuCloux hereby enters his appearance as attorney of record for defendant, Lilith Anton Saer, in the above-referenced matter.

Respectfully submitted on July 12, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Fidel Cassino-DuCloux*
　　　　　　　　　　　　　　　　　　Fidel Cassino-DuCloux
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender