# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America      :

                                     :

                v.               :       Case No. 1:22-mj-00147

                                     :

Lilith Anton Saer (AKA Drakken Saer),    :

             *Defendant.*         :

## AGREED ORDER FOR SUBSTITUTION OF COUNSEL

    Upon Defendant's motion, by and through her attorney, it is hereby,

    ORDERED that Mr. Fidel Cassino-Ducloux of the Federal Office of the Public Defender

be excused from any further representation of Ms. Saer, and

    IT IS FURTHER ORDERED that Farheena Siddiqui be substituted as new counsel of

record for Ms. Saer for the above-captioned matter.

Dated: August 5, 2022              Respectfully Submitted,


                                      /s/
                                  Farheena Siddiqui
                                  District of Columbia Bar No. 888325080
                                  Law Office Samuel C. Moore, PLLC
                                  526 King St., Suite 506
                                  Alexandria, VA 22314
                                  Email: fsiddiqui@scmoorelaw.com
                                  Phone: 703-535-7809


                                  Seen and agreed:

                                  Fidel Cassino-Ducloux
                                  Federal Office of the Public Defender